| History and Physical | |
|---|---|
| Auto Basophils % | 0.5 % |
| **Auto Neutrophils Absolute #** | **14.2 x10^3/mcL  HI** |
| **Immature Granulocyte Absolute #** | **0.24 x10^3/mcL  HI** |
| **Auto Lymphocytes Absolute #** | **4.1 x10^3/mcL  HI** |
| Auto Monocytes Absolute # | 0.6 x10^3/mcL |
| Auto Eosinophils Absolute # | 0.37 x10^3/mcL |
| Auto Basophils Absolute # | 0.1 x10^3/mcL |
| MCV | 95.4 fL |
| MCH | 30.9 pcg |
| MCHC | 32.4 % |
| RDW | 12.4 % |
| RDW-SD | 43.6 fL |
| MPV | 10.0 fL |
| **PT** | **16.3 sec  HI** |
| INR | 1.3 NA |
| Ethanol Level | <.010 % |
| Ethanol Level mg/dL | <10 mg/dL |
| Blood Type | A POS |
| Blood Type Confirm | A POS |

**Radiology Impressions:**

**COMPLETED RADIOLOGY IMAGING STUDIES:**

DX Portable Chest
(09/08 0233): 1.  There is a left basilar pneumothorax and extensive subcutaneous air.  2.  Left scapular fracture with associated chest wall hematoma and packing material in place.

CT Recon Pelvis
(09/08 0150): 1.  No fracture.  2.  Extensive left-sided posterior abdominal wall hematoma and subcutaneous air tracking down from the chest wall.  3.  Small hematoma adjacent to the greater trochanter as well as some subcutaneous air in that location.

CT Thoraco Lumbar Recon
(09/08 0158): 1.  No thoracic or lumbar spine fractures identified.  2.  Large left-sided pneumothorax.

*Exhibit of tire print*

These medical records are approx 30 pages
out of a total of approx 1500 pages













| History and Physical |
| --- |

SIGN INFORMATION:                    Griffin MD[S],Lance W (9/8/2020 06:59 EDT); Morris MD[R],
                                     Rachel E (9/8/2020 05:29 EDT)
SERVICE DATE/TIME:                   9/8/2020 00:35 EDT

**Addendum by Griffin MD[S], Lance W on September 08, 2020 06:59 EDT**
I examined the patient in the emergency department upon arrival for code trauma activation -I was present prior to the
patient's arrival.  Patient was hemodynamically unstable with need for resuscitation.  He had an intact airway and was
breathing adequately.  However, given the nature of the patient's left chest injuries and questionable breath sounds and
empiric chest tube was placed.  Patient had a notably large amount of ecchymosis, superficial burn and palpable
emphysema to the left chest as well as protruding muscle from the posterior left chest.  CT scan was obtained after we
resuscitated the patient with massive transfusion.  This was significant for a severe left scapular and subcutaneous tissue
injury.  There was no signs of active extravasation on angiography, however, there was ongoing bleeding coming from the
soft tissue cavity.  This was controlled with application of 3 Z-fold portions of quick clot that were tied together.  Following
this, silk suture was used to tightly close the skin over the wound to allow for further compression.  Fluid resuscitation and
blood resuscitation continued in the emergency department until patient was more stable and he was transferred to the
neurotrauma ICU in severely critical condition.

I spent 120 minutes of total critical care time personally at the bedside in the emergency department and the neurotrauma
 ICU.  This was in addition to any teaching time that was spent during this encounter.  My critical care time involved in
direct bedside patient care and care coordination with all other providers.  The patient is critically ill secondary to acute
mixed hypercapnic and hypoxic respiratory failure in the setting of hemorrhagic shock secondary to massive polytrauma.

Lance Griffin, MD

_____

                    Signed on 09/08/2020 06:59 by
                    Griffin MD[S], Lance W, MD

**Trauma Admission H&P**

Patient:  **CTIOWA, ONE**      **MRN: 00-02-42-74-97**      **FIN: 292408200232**
Age:  **28 years**    Sex:  **Male**    DOB:  **10/20/1991**
Associated Diagnoses:  **None**
Author:  **Morris MD[R], Rachel E**

**Basic Information**
  Physician Copies:

  History limitation:  Clinical condition.

**Chief Complaint**

| History and Physical |
|---|

TRAUMA

## History of Present Illness

30-ish year old M s/p motorcycle collision with stationary vehicle presenting at CTIOWA to Trauma bay. Patient arrived via EMS, intubated, sedated. Reportedly struck at parked cop car earlier today at high speeds. Patient was reportedly GCS 13 at the scene per EMS. He was noted to have "protruding lung" on the left chest and was intubated for transport. Additionally was noted to have crepitus along the entire left side of the thorax/abdomen to the level of the left hip. Received Ketamine, versed, and succinyl choline for RSI. Additional meds included 150 mcg of fentanyl. On arrival, patient was hemodynamically stable with SBP in 140s. Primary survey revealed equal breath sounds with CXR notable for no obvious PTX. Patient became acutely unstable with hypotension, tachycardia noted. His left chest was decompressed emergently given this concern. A Cordis was placed in the L SCV emergently for access. MTP initiated and patient received 6u RBC, 6u FFP during resuscitation and transport to CT scanner subsequently. A right femoral aline was additionally placed for continuous monitoring.

No lung was noted to be protruding, however there was a posterior laceration overlying the left scapula with exposed muscle which was noted to be oozing a significant amount of blood. QuickClot was packed into the wound. After CT, this was still actively bleeding and the wound was repacked with 3 Z packs of QuickClot tied together and the skin reapproximated using silk in a running, locked fashion.

No additional history able to be obtained given patient's intubation/sedation status.

## Review of Systems

UTA given patient condition

## Health Status

**Allergies:** UTA given patient condition
**Current medications:** UTA given patient condition

## Histories

UTA histories (medical, surgical, family, social) given patient condition

## Physical Examination

**VS/Measurements:**
No qualifying data available.
General: Intubated, sedated
Eye: Normal conjunctiva, PEERL
HENT: Normocephalic, laceration to scalp, left periorbital swelling, ecchymosis
Neck: In c-collar, no obvious deformities
Neurological: GCS3T with sedation, no obvious deficits

---

## History and Physical

Cardiovascular: Tachycardic with regular rhythm, no cyanosis, clubbing, or edema.  Chest wall stable
Pulmonary: Intubated, crepitus overlying entire left side/flank to hip
Gastrointestinal: Soft, non-distended
Musculoskeletal:  Obvious deformity of the LUE.
Integumentary: Superficial partial thickness burn to the abdomen, left thigh. Multiple lacerations including to
    left elbow x2 (~2cm), left hip, scalp, posterior left chest
Psychiatric: Unable to assess

### Review / Management
Laboratory Results Review:  Today's Lab Results : LABORATORY RESULTS

| 09/08/2020 00:05 EDT | | |
|---|---|---|
| Sodium | 136 mmol/L | |
| **Potassium** | **3.0 mmol/L  CRIT** | |
| Chloride | 108 mmol/L | |
| **CO2, Total** | **14 mmol/L  LOW** | |
| Anion Gap | 14.0 mmol/L | |
| **Glucose, Serum** | **272 mg/dL  HI** | |
| BUN | 10.0 mg/dL | |
| **Creatinine** | **1.13 mg/dL  HI** | |
| **Calcium** | **7.6 mg/dL  LOW** | |
| Calcium, Corrected | 8.6 mg/dL | |
| **Protein, Total** | **4.9 g/dL  LOW** | |
| **Albumin, Serum** | **2.80 g/dL  LOW** | |
| Bilirubin, Total | 0.40 mg/dL | |
| Alkaline Phosphatase | 42 intl unit/L | |
| **ALT** | **61 intl unit/L  HI** | |
| **AST** | **112 intl unit/L  HI** | |
| Osmolality (Calculated) | 281 mOsm/kg | |
| **WBC Count** | **19.6 x10^3/mcL  HI** | |
| **RBC** | **4.11 x10^6/mcL  LOW** | |
| **Hemoglobin** | **12.7 g/dL  LOW** | |
| Hematocrit | 39.2 % | |
| Platelet Count | 208 x10^3/mcL | |
| Auto NRBC | 0.0 /100WBC | |
| Auto Segmented Neutrophils % | 72.5 % | |
| **IG%** | **1.2 %  HI** | |
| Auto Lymphocytes % | 21.0 % | |
| **Auto Monocytes %** | **2.9 %  LOW** | |
| Auto Eosinophils % | 1.9 % | |

Case 1:24-cv-00018-MR-DCK    Document 1-1    Filed 07/28/23    Page 10 of 40

| History and Physical |
|---|

CT Thorax/Abd/Pelvis W/ Cont
(09/08 0140): 1.  A large left basilar pneumothorax and associated atelectasis with a left chest tube in place.
   2.  There is a comminuted left clavicle fracture with associated large hematoma and packing material
   noted posteriorly. 3.  Subcutaneous air extends down the left chest wall as well as anterior abdominal wall
   to the left groin. 4.  There is a left buttocks hematoma posterior lateral to the left hip with some
   subcutaneous air in the posterior lateral soft tissues.

CT Face W/O Contrast
(09/08 0135): 1.  Depressed left orbital floor fracture approximately 3 mm.  2.  Thickened and sclerotic
   sphenoid bone more prominent on the right perhaps on the basis of fibrous dysplasia.

CT Cervical Spine W/O Contrast
(09/08 0148): 1.  Sclerotic and sphenoid bone most compatible with fibrous dysplasia.  2.  Comminuted
   scaphoid fracture with extends and surrounding hematoma and subcutaneous air.  3.  No cervical spine
   fracture.

CT Head  W/O Contrast
(09/08 0131): 1.  Left periorbital soft tissue swelling with irregularity of the floor the orbit suspicious for an
   orbital floor fracture.  2.  There is a sclerotic appearance to the sphenoid bone.

DX Portable Chest
(09/08 0001): 1.  Prominent subcutaneous air on the left suspicious for a left basilar pneumothorax.

**Documentation reviewed:**  Records from referring facility, Records from referring physician, Reviewed prior
   records, Flowsheet, Reviewed home medications.
**Condition:**  Stable.

Impression and Plan
   30-ish yo M presenting as CTIOWA Code Trauma s/p motorcycle vs. stationary vehicle

**Acute Problem List:**
#Left posterior chest laceration with muscle protrusion - packed with 3 packs Z QuickClot tied together,
   running locked silk closure to open wound
#Left basilar PTX
#Left comminuted clavicular frx, associated hematoma
#Left buttock hematoma
#Left scapular frx
#Left proximal and mid-distal ulnar frx

| History and Physical |
| --- |

#Left distal comminuted humeral frx
#Comminuted scaphoid fracture with associated hematoma
#Superficial, partial thickness burn to LLE - 2%
#Superficial, partial thickness burn to abdomen - 7%
#Left-sided chest/abdomen crepitus
#Scalp laceration
#Laceration of L elbow x2 (~2cm each)
#Laceration of L posterior ankle
#Left orbital floor frx, depressed 3mm
#Hypokalemia
#Hypocalcemia
#Coagulopathy s/t trauma
#Leukocytosis, reactive
#Hyperglycemia
#AKI

**Neuro**:
-- S/p rocuronium, Versed in ED
-- Start prop/fent gtt for sedation in ICU
-- Daily sedation holiday

**CV**: R femoral a-line in place
-- Continuous EKG monitoring
-- L SCV Cordis in place for resuscitation

**Pulm**:
-- Intubated, ventilated
-- Daily SBT
-- Chlorhexidine wash
-- L chest tube to -20mmHg suction
-- Dressing: reinforce as needed
-- ?2nd chest tube

**FEN/GI**:
-- NPO, OGT in place
-- IVF
-- Monitor BMP daily. Replace electrolytes PRN

Patient Name ROLLINS, ADAM ROY                    MRN 00-02-42-74-97
Birth Date    10/20/1991

| History and Physical |
| --- |

**GU**: Foley in place, Cr 1.13
-- Continue strict ins/outs

**Heme**: H/H stable

**ID**: s/p Rocephin, tdap
-- Rocephin qd given wounds
-- Monitor CBC daily

**MSK/Skin**:
- Bacitracin to burns
- Ortho c/s for fractures

**Endo**: no concerns at this time

**Prophylaxis**:
-- DVT: Currently holding in setting of ongoing active bleeding. SCDs.
-- GI: H2 blocker

**Lines/Tubes**: L SCV, R femoral aline, PIV x3, Foley

**Disposition:** admit to trauma, ICU status, anticipate greater than 2 midnight stay
**Code Status:** FULL CODE

> *Signed on 09/08/2020 05:29 by*
> *Morris MD[R], Rachel E, Resident*

| Consultation |
| --- |

SIGN INFORMATION:                     Helgeson MD[S],Ashley P (9/8/2020 13:42 EDT)
SERVICE DATE/TIME:                    9/8/2020 13:28 EDT

**Cardiovascular Consultation H&P**

Patient: **CTIOWA, ONE**          MRN: **00-02-42-74-97**        FIN: **292408200232**
Age: **28 years**    Sex: **Male**    DOB: **10/20/1991**
Associated Diagnoses: **None**
Author: **Helgeson MD[S], Ashley P**

| Consultation |
|---|

## Basic Information
  Physician Copies:  Helgeson MD[S], Ashley P.
  Source of history:  Family member, Medical record, Not self.
  Referral source:  Griffin MD[S], Lance W.
  History limitation:  None.

## Chief Complaint
  Cardiology consultation is requested by Dr. Griffin for the evaluation of troponin positivity.

## History of Present Illness
  CT I will 1 is a 28-year-old gentleman admitted as a code trauma.  The patient was the driver of a motorcycle
    that struck a parked vehicle at a high rate of speed leading to dynamically unstable left pneumothorax
    status post chest tube placement, left orbital fracture, open left scapular fracture, left clavicular fracture,
    and extensive soft tissue trauma.

  On presentation, he required intubation due to respiratory compromise from his pneumothorax.  He
    remained hypotensive and tachycardic.  He required aggressive volume resuscitation.  His initial troponin
    was 1.4 without a repeat.  Lactate was 2.9 with a repeat of 1.7.  Hemoglobin was initially 12.7
    subsequently declining to 7.7 with concern for active peritoneal bleeding?.

  Cardiology was consulted for positive troponin.

  Echocardiogram from September 8, 2020 (images reviewed and interpreted).  LV function is grossly normal
    with preserved RV function and no significant valvulopathy.  Trivial pericardial effusion without evidence of
    cardiac tamponade.

  EKG (reviewed and interpreted) demonstrating normal sinus rhythm, normal axis, normal intervals,
    nonspecific ST segment changes.

## Review of Systems
  unable to obtain due to intubation/ sedation and clinical condition.

## Health Status
  **Medications:**
  **Medications (20) Active**
  Scheduled: (13)
  .**Placeholder Bowel Elimination Orders**  1 each, Misc, As Directed
  .**Placeholder Calcium Replacement Adult Plan**  1 each, Misc, As Directed

Case 1:24-cv-00018-MR-DCK   Document 1-1   Filed 07/28/23   Page 14 of 40

---
### Consultation
---

.Placeholder Emergency Treatment Adult Protocols Medication  1 each, Misc, As Directed
.Placeholder Phosphorus Replacement Adult Plan  1 each, Misc, As Directed
.Placeholder Potassium/Magnesium Replacement Medications  1 each, Misc, As Directed
bacitracin oint tube 15 g  1 appltn, Topical, BID
Colace liq 100 mg/10 mL ud  100 mg 10 mL, Tube, BID
Lidoderm patch 5%  2 patch, Transdermal, Apply at HS + remove in AM
Pepcid vial 20 mg/2 mL  20 mg 2 mL, IV Push, BID
Peridex unit dose oral rinse 15 mL  15 mL, PO (by Mouth), BID
Peridex unit dose oral rinse 15 mL  15 mL, Swish & spit, BID
Rocephin inj 1 g  1 g 9.8 mL, IV Push, Q24HR
Senokot syrup 8.8 mg/5 mL 15 mL U/D cup  17.6 mg 10 mL, Tube, BID
Continuous: (3)
fentaNYL IV infusion 1,250 mcg + Premix Diluent 50 mL  50 mL, IV
Lactated Ringers 1,000 mL  1,000 mL, IV, 175 mL/hr
midazolam IV infusion 50 mg + Premix Diluent 50 mL  50 mL, IV
PRN: (4)
Haldol inj 5 mg/mL  5 mg 1 mL, IV Push, Q3HR
SEROquel tab 25 mg  25 mg 1 tab, Tube, Q6HR
Ultram tab 50 mg  25 - 50 mg, Tube, Q6HR
Versed inj 2 mg/2 mL  2.8 mg 2.8 mL, IV Push, Q10M

No qualifying data available


Histories
    Past Medical History: Problem List
    No qualifying data available.
    none.
    Family History:
    No family history recorded.
    noncontributory.
    Social History:
    Tobacco
    Details: Unknown if ever smoked


Physical Examination
    General:  No acute distress, traumatic injuries involving L-upper extremity., Not alert and oriented.

Patient Name  ROLLINS, ADAM ROY

Birth Date  10/20/1991

MRN 00-02-42-74-97

---

## Consultation

**HENT:** Normocephalic.
**Neck:** Supple, Non-tender, No thyromegaly.
**Cardiovascular:** No murmur.
   Palpation: No RV lift, non-displaced PMI, No RV lift, non-displaced PMI, No RV lift, non-displaced PMI.
   Rate: Tachycardia.
   Rhythm: Regular.
   Gallop: None.
   Jugular venous distention: Absent.
   Edema: Absent.
**Vascular:**
   Carotid: Bilateral, 2+, No bruit.
   Carotid: Bilateral, 2+, No bruit.
   Radial: Bilateral, 2+.
   Radial: Bilateral, 2+.
   Femoral: Bilateral, 2+.
   Femoral: Bilateral, 2+, 1+.
   Posterior tibial: Bilateral, 2+.
   Posterior tibial: Bilateral, 2+.
   Dorsalis pedis: Bilateral, 2+.
   Dorsalis pedis: Bilateral, 2+.
   Abdominal: No bruit, No pulsatile.
**Musculoskeletal:** No tenderness.
**Respiratory:** Coarse, mechanical breath sounds bilaterally.
   Respirations: Tachypneic, Shallow.
**Gastrointestinal:** Soft, No palpable masses. Hypoactive BS. Soft. Non-distended..
**Genitourinary:** No costovertebral angle tenderness.
**Lymphatics:** No lymphadenopathy neck, axilla, groin.
**Integumentary:** Warm, Intact.
**Neurologic:** Not alert, Not oriented.
**Cognition and Speech:** UNable to assess orientation or speech due to ventilator and sedation.
**Psychiatric:** Unable to assess due to sedation and ventilation, Not cooperative, Not appropriate mood & affect.

### Review / Management
**Laboratory Results Review:**
**Labs** (Last four charted values)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WBC | | 5.9 | (SEP 08) | 11.2 | (SEP 08) | H 19.6 | (SEP 08) | |
| Hgb | L 7.7 | (SEP 08) | L 11.7 | (SEP 08) | | L 10.8 | (SEP 08) | L 12.7 | (SEP 08) |

Attachment(s): 9/7/2020 22:48 EDT ESO Solutions Run Sheet - D0F77677-CC7D-450A-8D22-80D2B63F505B

## Henderson County EMS
Patient Care Record

**Name:** ROLLINS, ADAM          **Incident #:** 20081887          **Date:** 09/07/2020          Patient 1 of 1

### Section II - Authorized Representative Signature

Complete this section only if the patient is physically or mentally unable to sign.
Authorized representatives include only the following:(Check one)

| | |
|---|---|
| Patient's Legal Guardian | |
| Patient's Medical Power of Attorney | |
| Relative or other person who receives benefits on behalf of the patient | |
| Relative or other person who arranges treatment or handles the patient's affairs | |
| Representative of an agency or institution that provided care, services or assistance to patient | |

I am signing on behalf of the patient to authorize the submission of a claim for payment to Medicare, Medicaid, or any other payer for any services provided to the patient by the transporting ambulance service now or in the past or in the future. By signing below, I acknowledge that I am one of the authorized signers listed below. **My signature is not an acceptance of financial responsibility for the services rendered.**

**Signature**

| | |
|---|---|
| Signed On | |
| Printed Name | |
| Reason unable to sign | |

### Section III - EMS Personnel and Facility Signatures

Complete this section if the patient was mentally or physically incapable of signing, and no Authorized Representative (section II) was available or willing to sign on behalf of the patient at the time of service.

**EMS Personnel Signature**

My signature below indicates that, at the time of service, the patient was physically or mentally incapable of signing, and that none of the authorized representatives listed in Section II of this form were available or willing to sign on the patient's behalf. **My signature is not an acceptance of financial responsibility for the services rendered.**



| | |
|---|---|
| Signed On | 09/08/2020 00:21:48 |
| Printed Name | Doug Bonnoitt |
| Reason unable to sign | Code trauma |

**Facility Representative Signature**

The patient named on this form was received by this facility on the date and at the time indicated and this facility furnished care, services or assistance to the patient. **My signature is not an acceptance of financial responsibility for the services rendered..**



| | |
|---|---|
| Signed On | 09/07/2020 23:48:27 |
| Notice of Privacy Practices Provided | Yes |
| Printed Name | Ryan |
| Title of Representative | ED RN |

Run Number: 20009698
Hospital Chart Number: mm2427497!ac292408200232*

Page 6 of 8

09/08/2020 07:04:48
PCRID: 3fd7dd1d-15ec-495c-bdff-ac2f01879c8d
Electronically Signed by: BONNOITT, DOUGLAS
Template Version: PCR-EXTRACT-1.2.0
Data Version: AAAAAAfDk2A=

Facility Display Mission Hosp

Page 68 of 845

* Auth (Verified) *

Mission Hospital System
Date Finalized 9/9/2020 16:39
Page 2 of 4

**Mission Hospital**
509 Biltmore Ave
Asheville, NC 28801

| | | | |
|---|---|---|---|
| Name: | CTIOWA, ONE | OR | MRN # M-2020-17548 |
| Surg. Date: | 9/8/2020 14:55 | Age 28 years | |
| Surgeon: | Kopelman M(D)S) Teremy R | Anesthesiologist Cho M(D)S) Michael | Case # M-2020-17548 |
| | | Archambault M(D)S) Francois J | ASA Class: 4E Emergency:Severe Disease Life at Risk |
| | Anes. Type: | General Anesthesia | |

| | |
|---|---|
| MRN: | 00-02-42-74-97 |
| FIN NBR: | M-2020-17548 |
| Pre-Op Dx: | |

Procedures: Laparotomy, Thoracotomy
Surgeon Comments: Laparotomy, Placement of
Adhesive negative pressure
dressing, Thoracotomy
Placement of thal chest tube

Allergens:
Height        183.3 cm
Weight        70 kg

Body Mass Index:  21.5 kg/m2

**Provider**
Waldtroup CRNA, Amber                                        14:20   16:23

**Supervisor**
Archambault M(D)S) Francois J                                14:20   15:04
Cho M(D)S) Michael                                           15:05   16:23

**Signed By**
Waldtroup CRNA, Amber                                        15:11  9/8/2020
Archambault M(D)S) Francois J                                14:29  9/8/2020
Cho M(D)S) Michael                                           15:05  9/8/2020

Monitors

Output

Intake

Gases

Medications

Facility Display Mission Hosp

* Auth (Verified) *
Mission Hospital System
Date Finalized 5/00/2023 16:39
Page 3 of 4

**Actions**

CTIO VA, ONE
00-02-42-74-97
10/20/2010 17:48
Laryotomy, Thoracotomy

14:22Sh Stunned Rates
Peripheral IV: Right
Barrier Precaution: Style, Gloves
Barrier Precaution: Style, Gloves
Barrier Precaution: Sterile field fractioned
Arterial Line: Right
CVL: Left
CVL: Subclavian
Chest Tube: Left
Anesthesia Start Time
Year/Sign: SpO2 - 95
In Situ: One ETT
Stim - Stim - 8
Purulent Verified: 85B
Placement Verified: Equal Chest Expansion
14:28Placed in Above Time
14:29Temperature Monitoring: Nasal Pharyngeal
Fluid Warmer: x 1
14:30Other Warming Measures: Warm Blankets
14:35Stationary
Head: Gel Donut
Eyes Bilateral
Eyes Free from Pressure
Eye Care: Taped/Preferring Rig
Chin: Tape, Oxide
Right Arm: Abducted < 90º
Right Arm: On Elevated Armrest
Right Arm: Armboard Padheet
Left Arm: Adducted at Side
Left Arm: On Elevated Armrest
Left Arm: Padded to Padheet
Right Leg: Straight
Left Leg: Straight
Left Leg: Pressure Points Padded
Left Leg: Pressure Points Padded
Additional Breast Free from Pressure
Additional Genitals Free from Pressure
Additional Ears, Nose, Chin Free of Pressure
14:36Positioned as Ready: Time
Patient Status Ready for Prep and Positioning
14:39Prep Do: Checklist
Rt: IdeaRep/Chlor/Reviewed: Yes
Pre-Op Consultation Reviewed: Yes
Consent Signed: Yes
Correct Procedure: Yes
Procedure Site Marked: N/A
Allergy/Adhesive/Prep: Yes
Rule IDs in and Functioning: Yes
Blood Products in Blood Loss: Yes
Equipment Checked: Yes
Acceptable for Anesthesia: Yes
Participated in Prep Time-out: Yes
Pre-Op Antibiotic: 'DRE Out
Antibiotic Given: Yes
Performed a Wait Count: Yes
Education Support Notified
Discussion: Re Further Orders
PHOD Available: Start Time: Antibiotic < 1 Hour Pre-Incision
14:58Surgeon Start
Surgeon Incision < 2-4h
14:59Shaved Blood Gap
Results: pCO2 - mmHg - 49
Results: pCO2 - mmHg - 19
Results: cHCO3 - mmEq/L - 20.7
Results: BE - mmEq/L - 1.5
Results: sO2 - mmol/L - 2.11
Results: Hb - g/dL - 8.4
15:24Resp?
15:35Surg?Resp
36:00Arterial Line Placement
15:36Surgery Procedure
Arterial Stop Time: Time - 1640
Arterial Line Stop Time: Time - 1605

Skin Prep at Stunned Rates: Chlorexprep
Barrier Precaution: Large Drape
Barrier Precaution: Style, Gloves
Barrier Precaution: Head Covering, Mask
Barrier Precaution: Sterile field fractioned
Skin: Right
Skin: Radial
Type: Arrow - ARIES RADIAL ART LINE INSERTION
Gauge: 20
# Attempts: 1
Ultrasound Guided: No
Pressure Length: Sacral
Verification: Appropriate Art. Waveform on Monitor
Dressing Applied: Occlusive
Dressing Applied: SorbaVeath Tape
Dressing Applied: Tenderment Support
Performed By: ?Dr Mit(Dr)?, McBee?
16:00 Indications
Intubation
R Lat Endotracheal Exclusion On-Line Bud Rail
R Lat Endotracheal Araucari/ShuttleKorper Stripper Request
16:11 Transfer of Care
Transported to: ICU
Transported for: the Bed
Transfer Details: ICDPOSSIBLE ADULT
POSSIBLE ADULT
CO T Rates: /Label
Airway Patent
ICD: Sudated
Arrival PACU/SPAR Time: Time - 1611
Patient Condition: Stable
Hand Off to Stim: Yes
Hand Off to Stim: See PACU Vital Signs
Hand Off to Stim: SBAR Completed
PACU Vitals: GW - 75
PACU Vitals: GW - L20
PACU Vitals: Heart Rate - 102
PACU Vitals: Resp Rate - 12
PACU Vitals: SpO2 - % - 100
PACU Vitals: Temp - T Fahrenheit - 99
Year/Sign: SpO2 - 100

Case 1:24-cv-00018-MR-DCK   Document 1-1   Filed 07/28/23   Page 19 of 40

Patient Name   ROLLINS, ADAM ROY                    MRN 00-02-42-74-97

Birth Date     10/20/1991

---

| *Surgery / Anesthesia* |
|:---:|

**1-Preanesthetic Evaluation H&P *NEW***

Patient:  **CTIOWA, ONE**     **MRN: 00-02-42-74-97**      **FIN: 292408200232**
Age:  **28 years**   Sex:  **Male**    DOB:  **10/20/1991**
Associated Diagnoses:  **None**
Author:  **Archambault MD[S], Francois J**

**Preoperative Information**
  **Scheduled Procedure Information:**

  **Scheduled Surgery Date/Time:**   09/08/2020 14:10
  **Surgery Location:**   MOR 34
  **Scheduled Primary Surgeon:**     Kopelman MD[S], Tammy R
  **Procedure:**   Thoracotomy
  **Modifier:**   w/Possible
  **Procedure:**   Laparotomy
  **5/20/19**

  **Primary MD:**

  **Anesthesia history:**

  **Beta Blocker**
  **NPO Status:**
  Compliant with ASA guidelines.

**Health Status**
  **Allergies:**
  No qualifying data available

  **Current medications:**
  No qualifying data available

  **Medications (20) Active**
  Scheduled: (13)
  .**Placeholder Bowel Elimination Orders**  1 each, Misc, As Directed
  .**Placeholder Calcium Replacement Adult Plan**  1 each, Misc, As Directed

---

FIN# 292408200232                    Mission Hospital

Patient Name ROLLINS, ADAM ROY                    MRN 00-02-42-74-97

Birth Date     10/20/1991

---

## Surgery / Anesthesia

.Placeholder Emergency Treatment Adult Protocols Medication  1 each, Misc, As Directed
.Placeholder Phosphorus Replacement Adult Plan  1 each, Misc, As Directed
.Placeholder Potassium/Magnesium Replacement Medications  1 each, Misc, As Directed
**bacitracin oint tube 15 g**  1 appltn, Topical, BID
**Colace liq 100 mg/10 mL ud**  100 mg 10 mL, Tube, BID
**Lidoderm patch 5%**  2 patch, Transdermal, Apply at HS + remove in AM
**Pepcid vial 20 mg/2 mL**  20 mg 2 mL, IV Push, BID
**Peridex unit dose oral rinse 15 mL**  15 mL, PO (by Mouth), BID
**Peridex unit dose oral rinse 15 mL**  15 mL, Swish & spit, BID
**Rocephin inj 1 g**  1 g 9.8 mL, IV Push, Q24HR
**Senokot syrup 8.8 mg/5 mL 15 mL U/D cup**  17.6 mg 10 mL, Tube, BID
Continuous: (3)
**fentaNYL IV infusion 1,250 mcg + Premix Diluent 50 mL**  50 mL, IV
**Lactated Ringers 1,000 mL**  1,000 mL, IV, 175 mL/hr
**midazolam IV infusion 50 mg + Premix Diluent 50 mL**  50 mL, IV
PRN: (4)
**Haldol inj 5 mg/mL**  5 mg 1 mL, IV Push, Q3HR
**SEROquel tab 25 mg**  25 mg 1 tab, Tube, Q6HR
**Ultram tab 50 mg**  25 - 50 mg, Tube, Q6HR
**Versed inj 2 mg/2 mL**  2.8 mg 2.8 mL, IV Push, Q10M

Histories
   **Past Surgical/Procedure Hx:**
   No qualifying data available.

   **Family History:**
   No family history recorded.

   **Social History:**
   **Tobacco**
   <u>Details:</u> Unknown if ever smoked

   **Mental Health History:**
   No data entered

Review of Systems
   **ROS from Nursing Documentation:**

FIN# 292408200232                    Mission Hospital

                                                        Report Request ID 305531754

Case 1:24-cv-00018-MR-DCK   Document 1-1   Filed 07/28/23   Page 21 of 40

---
**Surgery / Anesthesia**
---

TEETH:
DENTURES:
CARDIOVASCULAR HISTORY:
PULMONARY HISTORY:
GASTROINTESTINAL HISTORY:
GENIT/GYN HISTORY:
ENDOCRINE HISTORY:
HEMATOLOGY HISTORY:
CANCER HISTORY:
INTEGUMENTARY HISTORY:
NEUROLOGICAL HISTORY:
MUSCULOSKELETAL HISTORY:
INFECTIOUS DISEASE HISTORY:
ISOLATION PRECAUTIONS:
.

**Physical Examination**
VS/Measurements:

Vital Signs (last 24 hrs)_____  Last

| Charted | Minimum | Maximum | |
|---|---|---|---|
| Temp | 98.0  (SEP 08 13:37) | 96.3  (SEP 07 23:37) | 98.5  (SEP 08 12:21) |
| Heart Rate | 119  (SEP 08 14:00) | 86  (SEP 08 02:58) | C 155 (SEP 08 11:55) |
| Resp Rate | 20  (SEP 08 14:00) | 12  (SEP 08 04:15) | 25  (SEP 08 10:00) |
| SBP | 130  (SEP 08 14:00) | C 75 (SEP 08 07:00) | 148  (SEP 08 13:37) |
| DBP | 79  (SEP 08 14:00) | 49  (SEP 08 09:00) | 94  (SEP 08 13:37) |
| SpO2 | 100  (SEP 08 14:00) | 20  (SEP 08 12:40) | 100  (SEP 08 01:30) |
| Weight | 70  (SEP 07 23:37) | | |

,
| Weight | No result |
|---|---|
| Height | 180.3 cm 70.98 in   (08:30) |

Body Mass Index: 21.5 kg/m2
Height - cm: 180.3 cm
Weight - kg: 70 kg

| Surgery / Anesthesia |
| --- |

Weight - kg: 70 kg.
Airway:
  , Distance, Normal temporomandibular joint mobility.
     Mallampati classification: intubated.
     Neck range of motion: Flexion ( Limited ), Extension ( Limited ), Rotation ( Limited ).
Heart:  WNL.
Lung:  decreased BS.
Physical Exam:      Neck: c-collar.

**Review / Management**
**Results review:**
<u>Labs</u> (Last four charted values for the last six months)

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **WBC** | 5.9 | (SEP 08) | 11.2 | (SEP 08) | H 19.6 | (SEP 08) | | |
| **Hgb** | L 7.7 | (SEP 08) | L 11.7 | (SEP 08) | L 10.8 | (SEP 08) | L 12.7 | (SEP 08) |
| **Hct** | L 22.4 | (SEP 08) | L 34.9 | (SEP 08) | L 32.5 | (SEP 08) | 39.2 | (SEP 08) |
| **Plt** | L 96 | (SEP 08) | L 131 | (SEP 08) | 208 | (SEP 08) | | |
| **Na** | 138 | (SEP 08) | 140 | (SEP 08) | 136 | (SEP 08) | | |
| **K** | 4.4 | (SEP 08) | 4.3 | (SEP 08) | C 3.0 | (SEP 08) | | |
| **Cl** | 109 | (SEP 08) | H 110 | (SEP 08) | 108 | (SEP 08) | | |
| **Cr** | L 0.67 | (SEP 08) | 0.76 | (SEP 08) | 0.81 | (SEP 08) | 1.13 | (SEP 08) |
| **BUN** | 11.0 | (SEP 08) | 10.0 | (SEP 08) | 10.0 | (SEP 08) | | |
| | | | | | | | | |
| **Glucose** | | H 113 | (SEP 08) | H 122 | (SEP 08) | H 272 | (SEP 08) | |
| **Mg** | L 1.5 | (SEP 08) | | | | | | |
| **Phos** | L 2.1 | (SEP 08) | | | | | | |
| | | | | | | | | |
| **Ca** | L 8.2 | (SEP 08) | L 8.0 | (SEP 08) | 10.3 | (SEP 08) | L 7.6 | (SEP 08) |
| **Troponin** | | H 1.40 | (SEP 08) | | | | | |
| **Total CK** | | H 440 | (SEP 08) | | | | | |
| **AST** | H 112 | (SEP 08) | | | | | | |
| **ALT** | H 61 | (SEP 08) | . | | | | | |

**Radiology Impressions:**

| Surgery / Anesthesia |
| --- |

## COMPLETED RADIOLOGY IMAGING STUDIES:

DX Portable Chest
(09/08 1149): 1.  No pneumothorax with left chest tube in place.  2.  Stable additional support devices
  including an enteric tube and endotracheal tube.  3.  Improvement of streaky left mid lung/basilar airspace
  opacities favoring atelectasis.

DX Portable Chest
(09/08 0422): 1.  Left basilar atelectasis.

DX Shoulder Min 2 Views Lt
(09/08 0335): 1.  Comminuted scapular fracture.  2.  Surgical packing material along the left lateral chest
  wall.

DX Ankle Ap/Lat Lt
(09/08 0333): No Impression Available

DX Lower Leg Ap/Lat Lt
(09/08 0334): No Impression Available

DX Knee <3 Views Lt
(09/08 0335): No Impression Available

DX Femur Ap/Lat Lt
(09/08 0335): No Impression Available

DX Forearm Ap/Lat Lt
(09/08 0339): No Impression Available

DX Elbow Ap/Lat Lt
(09/08 0337): No Impression Available

DX Humerus Min 2 Views Lt
(09/08 0336): No Impression Available

DX Shoulder Min 2 Views Lt
(09/08 0335): No Impression Available

| Surgery / Anesthesia |
|---|

**DX Portable Chest**
(09/08 0233): 1.  There is a left basilar pneumothorax and extensive subcutaneous air.  2.  Left scapular fracture with associated chest wall hematoma and packing material in place.

**CT Recon Pelvis**
(09/08 0150): 1.  No fracture.  2.  Extensive left-sided posterior abdominal wall hematoma and subcutaneous air tracking down from the chest wall.  3.  Small hematoma adjacent to the greater trochanter as well as some subcutaneous air in that location.

**CT Thoraco Lumbar Recon**
(09/08 0158): 1.  No thoracic or lumbar spine fractures identified.  2.  Large left-sided pneumothorax.

**CT Thorax/Abd/Pelvis W/ Cont**
(09/08 0140): 1.  A large left basilar pneumothorax and associated atelectasis with a left chest tube in place.  2.  There is a comminuted left clavicle fracture with associated large hematoma and packing material noted posteriorly.  3.  Subcutaneous air extends down the left chest wall as well as anterior abdominal wall to the left groin.  4.  There is a left buttocks hematoma posterior lateral to the left hip with some subcutaneous air in the posterior lateral soft tissues.

**CT Face W/O Contrast**
(09/08 0135): 1.  Depressed left orbital floor fracture approximately 3 mm.  2.  Thickened and sclerotic sphenoid bone more prominent on the right perhaps on the basis of fibrous dysplasia.

**CT Cervical Spine W/O Contrast**
(09/08 0148): 1.  Sclerotic and sphenoid bone most compatible with fibrous dysplasia.  2.  Comminuted scaphoid fracture with extends and surrounding hematoma and subcutaneous air.  3.  No cervical spine fracture.

**CT Head  W/O Contrast**
(09/08 0131): 1.  Left periorbital soft tissue swelling with irregularity of the floor the orbit suspicious for an orbital floor fracture.  2.  There is a sclerotic appearance to the sphenoid bone.

**DX Portable Chest**
(09/08 0001): 1.  Prominent subcutaneous air on the left suspicious for a left basilar pneumothorax.

**Plan**

| Surgery / Anesthesia |
|:---:|

**Anesthetic Assessment and Plan**
  **ASA Classification**
    Class IV.
    E.
  **Primary Anesthesia Technique**
    General: endotracheal tube.
  **Special Techniques**
    Standard.
    Arterial line and CVC in situ.
  **Anesthesia Communication**
    PONV:
    .
    OSA:
    .
**Anesthetic plan, risks, benefits, and alternatives  discussed with the patient and/or family**
**Risks discussed**
    Nausea.
    Vomiting.
    Headache.
    Sore throat.
    Dental injury.
    Postop intubation.
**Family/Guardian present**
**Informed consent was given**
signed by next of kin/HCPOA/legal guardian

*Signed on 09/08/2020 14:25 by*
*Archambault MD[S], Francois J*


**M OR Nursing Record**


*M OR Nursing Record Summary*
```
Primary Physician:      Frisch MD[S], Harold M
Case Number:            M-2020-17543
Finalized Date/Time:    09/10/20 17:39:34
Pt. Name:               ROLLINS, ADAM ROY
D.O.B./Sex:             10/20/1991  Male
Med Rec #:              2427497
```

## Surgery / Anesthesia

```
Physician:        CMEM MD, Physician
Financial #:      292408200232
Pt. Type:         I
Room/Bed:         K443/A
Admit/Disch:      09/08/20 01:46:45 -
Institution:
```

### MOR Catheters, Drains, Tubes

|  | Entry 1 | Entry 2 | Entry 3 |
|---|---|---|---|
| Catheter, Drain, Tube, Packing | CATH FOLEY IN PLACE ON ARRIVAL | WOUND VAC | CHEST TUBE |
| Quantity | 1 | 1 | 2 |
| Location | bladder | abdomen | left side chest |
| Present on Arrival? | Yes | Yes | Yes |
| Inserted By |  |  |  |
| Removed at end of Case? | No | Yes | No |
| Last Modified By: | Linton RN, Anna E 09/09/20 09:14:00 | Linton RN, Anna E 09/09/20 13:16:28 | Linton RN, Anna E 09/09/20 09:15:43 |

|  | Entry 4 |
|---|---|
| Catheter, Drain, Tube, Packing | DRAIN INCS 19FR .25IN BRD SIL 4 |
| Quantity | 2 |
| Location | left scapula |
| Present on Arrival? | No |
| Inserted By | Kopelman MD[S], Tammy R |
| Removed at end of Case? | No |
| Last Modified By: | Linton RN, Anna E 09/09/20 14:01:34 |

### MOR Case Times

|  | Entry 1 |  |  |
|---|---|---|---|
| Room |  |  |  |
| Room Ready | 09/09/20 07:22:00 |  |  |
| Patient In Room Time | 09/09/20 07:43:00 | Surgery Start Time | 09/09/20 08:26:00 |
| Surgery Stop Time | 09/09/20 14:00:00 | Patient Out Room Time | 09/09/20 14:24:00 |
| Clean - Up |  |  |  |
| Closing | 09/09/20 13:16:00 |  |  |
| Last Modified By: | Linton RN, Anna E 09/09/20 14:22:38 |  |  |

*5hrs, 58mins* (handwritten)

### MOR Case Attendance

|  | Entry 1 | Entry 2 | Entry 3 |
|---|---|---|---|
| Case Attendee | Frisch MD[S], Harold M | Kopelman MD[S], Tammy R | Simons MD[S], John P |
| Role Performed | Surgeon | Surgeon - Other DO NOT USE | Anesthesiologist |
| Relief Reason |  |  |  |
| Signing Attendee | No | No | No |

| Surgery / Anesthesia |
|---|

| Description | SCRW CRTX 2.4 X 40 MM 4 2.5 HD S | SCRW CRTX 3.5 X 20 2.5 MM S | SCRW CRTX 3.5 X 22 MM S |
|---|---|---|---|
| Quantity | (1) | (4) | (3) |
| Catalog Number | 201.670 | 204.820 | 204.822 |
| Manufacturer | synthes | synthes | synthes |
| Implant Site | Arm L Upper | Arm L Upper | Arm L Upper |
| Implant Inventory - Detail | | | |
| Expiration Date | | | |
| Lot Number | | | |
| Load Number | 6-10  1 Sep 2020 | 6-10  1 Sep 2020 | 6-10  1 Sep 2020 |
| Serial Number | | | |
| Last Modified By: | Linton RN, Anna E 09/09/20 10:51:46 | Linton RN, Anna E 09/09/20 10:51:46 | Linton RN, Anna E 09/09/20 10:51:46 |

| Implant Identification | Entry 10 | Entry 11 | Entry 12 |
|---|---|---|---|
| Description | SCRW CRTX 3.5 X 28 2.5 MM S | SCRW LKNG ST SD 3.5 X 18 MM S | PLT DCP 7 HL 98 MM |
| Quantity | (1) | (4) | (1) |
| Catalog Number | 204.828 | 212.105 | 223.571 |
| Manufacturer | synthes | SYNTHES LOCKIN SMALL | SYNTHES LOCKING SMALL |
| | | FRAG SET -002 | FRAG TRAY - 002 |
| Implant Site | Arm L Upper | Arm L Lower | Arm L Lower |
| Implant Inventory - Detail | | | |
| Expiration Date | | | |
| Lot Number | | 4    3    08SEP2020 | 4  3  08SEP 2020 |
| Load Number | 6-10  1 Sep 2020 | | |
| Serial Number | | | |
| Last Modified By: | Linton RN, Anna E 09/09/20 10:51:46 | Linton RN, Anna E 09/09/20 10:51:46 | Linton RN, Anna E 09/09/20 10:51:46 |

| Implant Identification | Entry 13 | |
|---|---|---|
| Description | SCRW CRTX 3.5 X 16 2.5 MM S | |
| Quantity | (2) | |
| Catalog Number | 204.816 | |
| Manufacturer | synthes | |
| Implant Site | Arm L Upper | |
| Implant Inventory - Detail | | |
| Expiration Date | | |
| Lot Number | | |
| Load Number | 6-10  1 Sep 2020 | |
| Serial Number | | |
| Last Modified By: | Linton RN, Anna E 09/09/20 10:51:46 | |

*16 Screws all in the patients left arm*

## Surgery / Anesthesia

### MOR Other Equipment

|                    | Entry 1                          |                |              |
|--------------------|----------------------------------|----------------|--------------|
| Equipment Type     | SCDs                             | Setting        | DEFAULT ON   |
| Outcome Met        | Yes                              |                |              |
| Last Modified By   | Linton RN, Anna E                |                |              |
|                    | 09/09/20 09:52:34                |                |              |

Post-Care Text:
The Patient is Free from Signs and Symptoms of Equipment Injury

### MOR Dressing

|                    | Entry 1                          | Entry 2                          | Entry 3              |
|--------------------|----------------------------------|----------------------------------|----------------------|
| Type               | Xeroflo, 4 X 4, Cast Padding, Elastic Wrap (ACE) | 4 X 4, Medipore tape | Primapore |
| Location           | left arm                         | left shoulder - drain 2x         | abdomen              |
| Comments           | fluffs                           | chest tubes re-dressed with xeroform, drain sponges, and medipore tape | |
| For spine cases, Number of Levels Fused? |        |                                  |                      |
| Wound Closure Type? | Primary                         | Primary                          | Primary              |
| Last Modified By:  | Linton RN, Anna E                | Linton RN, Anna E                | Linton RN, Anna E    |
|                    | 09/09/20 13:27:41                | 09/09/20 14:07:38                | 09/09/20 13:27:41    |

### MOR Departure from OR

|                    | Entry 1                          |                |              |
|--------------------|----------------------------------|----------------|--------------|
| Via                | Unit Bed                         | Destination    | Neuro ICU    |
| Transport with Identification Bracelet | Yes          | Outcome Met    | Yes          |
| Last Modified By:  | Linton RN, Anna E                |                |              |
|                    | 09/09/20 14:00:55                |                |              |

Post-Care Text:
The Patient is Free from Signs and Symptoms of Injury Related to Transfer/Transport

### MOR Safety Checklist - Time Out

Pre-Care Text:
Patient Safety First.  Do Not Proceed until all elements of the Time Out are verbalized.  All team members must
participate and fully agree to each statement referenced.

|                    | Entry 1                          | Entry 2        | Entry 3      |
|--------------------|----------------------------------|----------------|--------------|
| Antibiotic was Given | Yes                            | Yes            | Yes          |
| If Injection Required Prior to Surgical Incision a Brief Time Out Was Completed for Site Verification | n/a | n/a | n/a |

Case 1:24-cv-00018-MR-DCK   Document 1-1   Filed 07/28/23   Page 29 of 40

| Surgery / Anesthesia | | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Compared to Consent and Site Marking? Injection Time Out Time | | | |
| Injection Medication Verified? | n/a | n/a | n/a |
| Surgical Time Out Time | 09/09/20 08:25:00 | 09/09/20 13:03:00 | 09/09/20 12:20:00 |
| Surgeon/Proceduralist Ensures all Questions/Concerns Addressed? | Yes | Yes | Yes |
| Surgeon/Proceduralist Initiates the Time Out | Yes | Yes | Yes |
| All Team Member are Introduced? | Yes | Yes | Yes |
| Surgeon/Proceduralist Ensures all Activity Ceases? | Yes | Yes | Yes |
| Patient ID Confirmed Using 2 Identifiers? | Yes | Yes | Yes |
| Surgeon/Proceduralist Ensures all Team Members Are Engaged | Yes | Yes | Yes |
| Procedure Confirmed with Consent? | Yes | Yes | Yes |
| Correct Position Confirmed? | Yes | Yes | Yes |
| Correct Site/Side Confirmed if Required? | Yes | Yes | Yes |
| All Equipment, Instruments Implants Available? | Yes | Yes | Yes |
| Site Marking Verified | Yes | n/a | n/a |
| Necessary Images Available, Displayed? | Yes | Yes | Yes |
| PROCEDURE IS NOT STARTED UNTIL ALL QUESTIONS/CONCERNS ARE RESOLVED | Yes | Yes | Yes |
| Last Modified By: | Linton RN, Anna E 09/09/20 13:10:21 | Linton RN, Anna E 09/09/20 13:10:21 | Linton RN, Anna E 09/09/20 13:10:21 |

General Comments:
    Individual time outs performed at start of left arm procedures, left scapula I&D, and laparotomy.

***MOR Safety Checklist Debrief***
                    Entry 1

| Surgery / Anesthesia | |
|---|---|

| | | | |
|---|---|---|---|
| Procedure Name, Diagnosis Verified | Yes | Recovery Concerns Addressed? | Yes |
| Specimen Labels Read/Confirmed with Surgeon/Proceduralist? | n/a | Medications Secured and Properly Disposed? | n/a |
| Counts Status Verified with Surgeon/Proceduralist? | Yes | New Orders Confirmed? (eg Radiology, Labs, Blood, etc) | Yes |
| Wound Class Verified | Yes | Equipment or Instrument Concerns Addressed? | Yes |
| Surgeon Anesthesia Confirmation | | | |
|  Urine Output | Yes | EBL | Yes |
| Outcome Met | Yes | | |
| Last Modified By: | Linton RN, Anna E 09/09/20 14:00:51 | | |

*Case Comments*

     <None>

      Finalized By: Wankel RN, Daniel

*Document Signatures*
Signed By:
     Linton RN, Anna E 09/09/20 14:22
     Wankel RN, Daniel 09/10/20 17:39

*Unfinalized History*

| Date/Time | Username | Reason for Unfinalizing | Freetext Reason for Unfinalizing |
|---|---|---|---|
| 09/10/20 17:38 | SURDPW | Modify Pick List | |

**M OR Nursing Record**

*M OR Nursing Record Summary*

| | |
|---|---|
| Primary Physician: | Kopelman MD[S], Tammy R |
| Case Number: | M-2020-17548 |
| Finalized Date/Time: | 09/08/20 16:42:38 |
| Pt. Name: | CTIOWA, ONE |
| D.O.B./Sex: | 10/20/1991    Male |
| Med Rec #: | 2427497 |
| Physician: | CMEM MD, Physician |

---

## *Surgery / Anesthesia*

Financial #:  292408200232
Pt. Type:  I
Room/Bed:  K443/A
Admit/Disch:  09/08/20 01:46:45 -
Institution:

### *MOR Catheters, Drains, Tubes*

| | Entry 1 | Entry 2 | Entry 3 |
|---|---|---|---|
| Catheter, Drain, Tube, Packing | CATH FOLEY IN PLACE ON ARRIVAL | CHEST TUBE IN PLACE UPON ARRIVAL | CATH THORACIC 28 FR |
| Quantity | 1 | 1 | 1 |
| Location | Urinary bladder | LEFT CHEST | LEFT chest |
| Present on Arrival? | Yes | Yes | No |
| Inserted By | Tammy R | | Kopelman MD[S], |
| Removed at end of Case? | No | No | No |
| Last Modified By: | Pearson RN, Sherilyn S | Pearson RN, Sherilyn S | Pearson RN, Sherilyn S |
| | 09/08/20 15:06:53 | 09/08/20 15:06:53 | 09/08/20 16:01:22 |

| | Entry 4 | Entry 5 | Entry 6 |
|---|---|---|---|
| Catheter, Drain, Tube, Packing | DRAIN CHEST PLEUR-EVAC V.A.C. | DSNG ABD V.A.C. SENSA | CANNISTER INFO |
| Quantity | ADLT | TRAC | 500 CC |
| Location | 1 | 1 | 1 |
| Present on Arrival? | No | Abdomen | |
| Inserted By | Kopelman MD[S], Tammy R | No | No |
| Removed at end of Case? | No | Kopelman MD[S], Tammy R | No |
| Last Modified By: | Pearson RN, Sherilyn S | No | No |
| | 09/08/20 16:01:22 | Pearson RN, Sherilyn S | Pearson RN, Sherilyn S |
| | | 09/08/20 16:16:16 | 09/08/20 16:17:56 |

### *MOR Case Times*

| | Entry 1 | | |
|---|---|---|---|
| Room | | | |
| Room Ready | 09/08/20 14:00:00 | | |
| Patient In Room Time | 09/08/20 14:22:00 | Surgery Start Time | 09/08/20 14:35:00 |
| Surgery Stop Time | 09/08/20 15:35:00 | Patient Out Room Time | 09/08/20 16:04:00 |
| Clean - Up | | | |
| Last Modified By: | Pearson RN, Sherilyn S | | |
| | 09/08/20 16:02:46 | | |

### *MOR Case Attendance*

| | Entry 1 | Entry 2 | Entry 3 |
|---|---|---|---|
| Case Attendee | Kopelman MD[S], Tammy R | Pearson RN, Sherilyn S | Jacobin RN, Thomas A |
| Role Performed | Surgeon | RN Circulator | RN Second Circulator |
| Relief Reason | | | |

## Surgery / Anesthesia

| | | | |
|---|---|---|---|
| Signing Attendee | No | No | No |
| Time In | 09/08/20 14:22:00 | 09/08/20 14:22:00 | 09/08/20 14:22:00 |
| Time Out | 09/08/20 16:04:00 | 09/08/20 16:04:00 | 09/08/20 15:00:00 |
| Procedure | Laparotomy, Thoracotomy | | |
| Last Modified By: | Pearson RN, Sherilyn S | Pearson RN, Sherilyn S | Pearson RN, Sherilyn |
| S | | | |
| | 09/08/20 16:25:56 | 09/08/20 16:25:56 | 09/08/20 16:25:56 |

| | Entry 4 | Entry 5 | Entry 6 |
|---|---|---|---|
| Case Attendee | Sellars RN, Samantha | Ordenes CST, Vanessa M | Arrowood , Stephanie |
| C | | | |
| Role Performed | RN Second Circulator | Surgical Technician | Surgical Tech Second Scrub |
| Relief Reason | | | |
| Signing Attendee | No | No | No |
| Time In | 09/08/20 14:22:00 | 09/08/20 14:22:00 | 09/08/20 14:22:00 |
| Time Out | 09/08/20 16:04:00 | 09/08/20 16:04:00 | 09/08/20 16:04:00 |
| Procedure | | | |
| Last Modified By: | Pearson RN, Sherilyn S | Pearson RN, Sherilyn S | Pearson RN, Sherilyn |
| S | | | |
| | 09/08/20 15:01:43 | 09/08/20 16:25:56 | 09/08/20 16:25:56 |

| | Entry 7 | Entry 8 | Entry 9 |
|---|---|---|---|
| Case Attendee | Owensby CST, Cynthia | Merino MD[R], Timothy J | Waldroup CRNA, Amber |
| Role Performed | Surgical Tech Second Scrub | Resident | CRNA |
| Relief Reason | | | |
| Signing Attendee | No | No | No |
| Time In | 09/08/20 14:22:00 | 09/08/20 14:22:00 | 09/08/20 14:22:00 |
| Time Out | 09/08/20 16:04:00 | 09/08/20 16:04:00 | 09/08/20 16:04:00 |
| Procedure | | | |
| Last Modified By: | Pearson RN, Sherilyn S | Pearson RN, Sherilyn S | Pearson RN, Sherilyn |
| S | | | |
| | 09/08/20 16:25:56 | 09/08/20 16:25:56 | 09/08/20 16:25:56 |

| | Entry 10 |
|---|---|
| Case Attendee | Decker MD[R], Kathryn T |
| Role Performed | Resident |
| Relief Reason | |
| Signing Attendee | No |
| Time In | 09/08/20 14:22:00 |
| Time Out | 09/08/20 16:04:00 |
| Procedure | |
| Last Modified By: | Pearson RN, Sherilyn S |
| | 09/08/20 16:25:56 |

### MOR Case Data

| | Entry 1 | | |
|---|---|---|---|
| OR | MOR 34 | Specialty | Trauma Surgery |
| ASA Class | 4E Emergency Severe Disease Life at Risk | Wound Class | 1 - Clean |
| Case Level | SIntLl - Intermediate | Preoperative | Abdomianal trauma |

Case 1:24-cv-00018-MR-DCK   Document 1-1   Filed 07/28/23   Page 33 of 40

Patient Name  ROLLINS, ADAM ROY

Birth Date    10/20/1991

MRN 00-02-42-74-97

---

| | Surgery / Anesthesia | |
|---|---|---|

| | Level 1 | Diagnosis | |
|---|---|---|---|
| Postop Same As Preop | No | Postoperative Diagnosis | Abdomianal trauma |
| Last Modified By: | Pearson RN, Sherilyn S 09/08/20 14:53:55 | | |

### MOR Procedure

| | Entry 1 | Entry 2 |
|---|---|---|
| Procedure | Laparotomy | Thoracotomy |
| Modifiers | | |
| Extra Detail Text | Placement of Abthera negative pressure dressing | Placement of 2nd chest tube |
| Primary Procedure | Yes | No |
| Primary Surgeon | Kopelman MD[S], Tammy R | Kopelman MD[S], Tammy R |
| Start | 09/08/20 14:35:00 | 09/08/20 14:35:00 |
| Stop | 09/08/20 15:35:00 | 09/08/20 15:35:00 |
| Anesthesia Type | General Anesthesia | General Anesthesia |
| Surgical Service | Trauma Surgery | Trauma Surgery |
| Conversion to Open from Laparoscopy/Robotic? | | |
| Conversion Start Time | | |
| Last Modified By: | Pearson RN, Sherilyn S 09/08/20 16:18:42 | Pearson RN, Sherilyn S 09/08/20 16:26:28 |

### MOR Anesthesia Time Out (Pre Induction)

Pre-Care Text:
  A.20.1 Verifies consent for planned procedure

| | Entry 1 | | | |
|---|---|---|---|---|
| Time-Out Performed | 09/08/20 14:22:00 | Anesthesia Time Out Not Done Due to Emergent Case | Yes |
| Preop Checklist Completed? | Yes | Anes Machine Safety Check Completed? | Yes |
| Patient ID Confirmed Using 2 Identifiers? | Yes | All Equipment Instruments Inplants Available? | Yes |
| All Allergies Confirmed? | Yes | Anesthesia Risks Discussed? | Yes |
| Surgeon/Proceduralist Confirmed? | Yes | Is Blood Available if Needed? | Yes |
| Procedure and Site Confirmed? | Yes | Other Procedures Needed Discussed Prior to Sedation? | Yes |
| Last Modified By: | Pearson RN, Sherilyn S 09/08/20 14:43:37 | | |

### MOR Fire Risk Assessment

Pre-Care Text:

## Surgery / Anesthesia

https://mod.missionhealth.org/wp-content/uploads/2020/03/Surgical-Fire-Risk-Assessment-Tool.pdf

|  | Entry 1 |  |  |
|---|---|---|---|
| Procedure in Oropharynx or Above Xiphoid? | Yes | Open Oxygen or Nitrous Oxide being Administered? | Yes |
| ESU, Laser or Fiber Optic Light being Used? | Yes | Total Fire Safety Score | 3 |
| Last Modified By: | Pearson RN, Sherilyn S 09/08/20 14:44:53 |  |  |

General Comments:
    Possible thoracotomy.

### MOR Family Notification

|  | Entry 1 |
|---|---|
| Family Notification | MD to speak with family at end of case. |
| Last Modified By: | Pearson RN, Sherilyn S 09/08/20 14:46:03 |

### MOR Patient Positioning

|  | Entry 1 |  |  |
|---|---|---|---|
| Body Position | Supine on OR Table | Head Positioner | Pillow Under Head |
| Right Arm Position with | On Padded Armboard with | Left Arm Position | On Padded Armboard |
| Abducted | Safety Strap, Abducted |  | Safety Strap, |
| Right Leg Position Uncrossed | Less Than 90 Degrees Straight, Leg Uncrossed | Left Leg Position | Less Than 90 Degrees Straight, Leg |
| Positioning Devices | Safety Strap Across Upper Thighs | Positioning and Comfort Statements | Position Approved by Surgeon, Safety |
| strap |  |  | re-checked after induction, Obtain Transfer Assistance, Position Approved by Anesthesia, Position Supervised by Anesthesia, Position Supervised by |
| Resident, |  |  |  |
| by |  |  | Position Supervised |
| Blanket |  |  | Surgeon, Warm |
| Patient, |  |  | Applied Over |
|  |  |  | Patient in Physiological Alignment, Raise |
| Room |  |  |  |

Patient Name  ROLLINS, ADAM ROY                    MRN 00-02-42-74-97

Birth Date    10/20/1991

---

## Surgery / Anesthesia

|                      |                          |                | Temperature |
|----------------------|--------------------------|----------------|-------------|
| Outcome Met          | Yes                      |                |             |
| Last Modified By:    | Pearson RN, Sherilyn S   |                |             |
|                      | 09/08/20 16:25:41        |                |             |

Post-Care Text:
    The Patient is Free of Signs and Symptoms of Injury Related to Positioning

### MOR Thermoregulation

|                   | Entry 1                |             |     |
|-------------------|------------------------|-------------|-----|
| Warming Device    | BAIR HUGGER            | Outcome Met | Yes |
| Last Modified By: | Pearson RN, Sherilyn S |             |     |
|                   | 09/08/20 15:00:11      |             |     |

Post-Care Text:
    The Patient is At or Returning to Normothermia at the Conclusion of the Immediate Postoperative Period
General Comments:
    Lower Bair

### MOR Skin Prep

|                     | Entry 1                  |                          |            |
|---------------------|--------------------------|--------------------------|------------|
| Prep Area           | Abdomen and chest        | Prep Agents              | Chloraprep |
| Prep Performed By:  | Pearson RN, Sherilyn S,  | If alcohol prep          | Yes        |
|                     | Jacobin RN, Thomas A     | used, prepped area       |            |
|                     |                          | was dry and              |            |
|                     |                          | non-pooling prior        |            |
|                     |                          | to use of                |            |
|                     |                          | electro-cautery or       |            |
|                     |                          | laser.                   |            |

| Hair Removal      |                          |
|-------------------|--------------------------|
| Methods           | No Hair Removal          |
| Outcome Met       | Yes                      |
| Last Modified By: | Pearson RN, Sherilyn S   |
|                   | 09/08/20 15:02:06        |

Post-Care Text:
    The Patient is Free from Signs and Symtoms of Chemical Injury

### MOR Irrigation Intake

|                          | Entry 1                  | Entry 2                 |
|--------------------------|--------------------------|-------------------------|
| Solution Used for        | No                       | No                      |
| Reconstitution           |                          |                         |
| /Washing/Rinsing of      |                          |                         |
| Tissue, If yes,          |                          |                         |
| complete Lot and         |                          |                         |
| Expiration Fields:       |                          |                         |
| Irrigant                 | SOLN SODIUM CHLOR 1000   | SOLN SODIUM CHLOR 500   |
|                          | ML BTL                   | ML BTL                  |
| Nbr of Containers        | 4                        | 6                       |
| Lot Number               |                          |                         |
| Expiration Date          |                          |                         |
| Please document          |                          |                         |
| Additives in the         |                          |                         |
| Medication segment       |                          |                         |

FIN# 292408200232                 Mission Hospital

Case 1:24-cv-00018-MR-DCK   Document 1-1   Filed 07/28/23   Page 36 of 40







