IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00018-MR-DCK

| ADAM ROY ROLLINS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM OF DECISION AND ORDER** |
| JONATHAN LUCHAK, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Summary Judgment [Doc. 84] and the Magistrate Judge's Memorandum and Recommendation [Doc. 98] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and the Standing Orders of Designation of this Court, the Honorable, United States Magistrate Judge David Keesler was designated to consider the Defendant's Motion for Summary Judgment and to submit a recommendation for its disposition.

On May 2, 2025, the Magistrate Judge issued a Memorandum and Recommendation which recommended that the Defendant's Motion for Summary Judgment be granted because there was no genuine issue of material fact for trial and because Defendant would be protected by qualified

immunity in any event. [Doc. 98]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After careful review of the Magistrate Judge's Memorandum and Recommendation [Doc. 98], the Court finds that the proposed findings of fact are correct and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation that the Defendant's Motion for Summary Judgment be granted, and this case be dismissed.

**IT IS, THEREFORE, ORDERED** that the Magistrate Judge's Memorandum and Recommendation [Doc. 98] is **ACCEPTED**; Defendant's Motion for Summary Judgment [Doc. 84] is **GRANTED**; and this action is hereby **DISMISSED WITH PREJUDICE**.

The Clerk is respectfully instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: June 11, 2025

Martin Reidinger
Chief United States District Judge